UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRITTANY JACKS HIGGINBOTHAM

VERSUS

RAMONA-JO G. DONALD, CHARLES R. BROWN, PENSKE TRUCK LEASING CORPORATION, WILMAC ENTERPRISES, L.L.C. and OLD REPUBLIC INSURANCE COMPANY

CIVIL ACTION

NO. 13-646-SDD-RLB

## RULING AND ORDER OF REMAND

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 17, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is GRANTED and this matter is remanded to the 18th Judicial District Court, West Baton Rouge Parish for the State of Louisiana.

Baton Rouge, Louisiana the _14_ day of May, 2014.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 9.
[3] Rec. Doc. 4.

18th JDC